# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CHARLES DANIEL, JR.,

                Plaintiff,

v.

SGT. NEWSWANDER, SUPERINTENDENT RICHARD MORGAN, CHARLES BULL AND C/O GONZALES,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-112-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the First Amended Complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted against the named Defendants. 28 USC Sections 1915(e)(2) and 1915A(b)(1).

July 22, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Renea Ferrante
*(By) Deputy Clerk*
Renea Ferrante